# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 12, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

156065(52)

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

MARCUS CARTER PERKINS,
          Defendant-Appellant.
_____/

SC: 156065
COA: 331827
Wayne CC: 15-003077-FC

       On order of the Chief Justice, the motion of defendant-appellant to file a pro per supplement to the application for leave to appeal is GRANTED. The pro per supplement submitted on July 5, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 12, 2017


Clerk